# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG SCOTT DAVES,[1]<br><br>      Plaintiff,<br><br>      v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>      Defendant. | Case No. ED CV 14-1607 MRW<br><br>JUDGMENT |

It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED. Judgment is hereby entered in favor of Defendant.

Date: May 27, 2015

                              HON. MICHAEL R. WILNER
                              UNITED STATES MAGISTRATE JUDGE

---

[1] Mr. Daves passed away during the pendency of this appeal. His mother and heir, Laura Hickam, is substituted as the real party in interest. (Docket # 20.)